UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JORGE MARIN CORTEZ,

                      Plaintiff *Pro Se*,        12-CV-6890 (CS)

  -against-

                                                          ORDER

DETECTIVE CHRISTOPHER DIMASE, Individually
and in his Official Capacity; CITY OF MOUNT
VERNON; and MOUNT VERNON POLICE
DEPARTMENT,

                      Defendants.
-------------------------------------------------------------------X

Seibel, J.,

      Plaintiff has failed to amend his complaint as directed on the record at the November 30, 2012 court conference and in my January 18, 2013 Order. For the reasons stated on the record at the November 30, 2012 and January 18, 2013 court conferences, I am dismissing this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

      The Clerk of the Court is respectfully directed to close the case.

**SO ORDERED.**

Dated: February 14, 2013
       White Plains, New York

                                                   _____
                                                    CATHY SEIBEL, U.S.D.J.